AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. ) Case No. M-18-1129-M
 )
Jaime HINOJOSA )
*Defendant(s)* )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 30, 2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC 2252A(a)(2)(A) | Knowingly receives any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See Attachment "A"

☐ Continued on the attached sheet.

5/30/18
Sworn to before me and signed in my presence.

_____
*Complainant's Signature*

Adam Watson    Special Agent
*Printed name and title*

_____
*Judge's signature*

J. Scott Hacker    U.S. Magistrate Judge
*Printed name and title*

Date

McAllen, Texas
*City and State*

# Attachment "A"

Starting on or about January 12, 2018, the Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigation Task Force (RGV CEITF) conducted an undercover online investigation in an effort to locate users distributing files containing child pornography. During the course of this investigation the RGV CEITF were able to locate an IP address registered to occupant of 413 Guayavitos, San Juan, Texas. Based on this information, a search warrant was obtained for said residence.

On May 30, 2018, a search warrant was executed at the above-mentioned address which led to the seizure of multiple devices from the bedroom of Jaime HINOJOSA (DOB 7/27/1983) who lives at the residence. During a preliminary examination conducted on several electronic devices seized from the residence of Jaime HINOJOSA, the RGV CEITF discovered hundreds of files containing numerous photographs and videos of child pornography. Based on my training and experiences I know the images to contain child pornography as defined by 18USC2256. During the interview of Jaime HINOJOSA, he admitted to downloading (receiving) and possessing child pornography. Jaime HINOJOSA also admitted to possessing approximately 20-30 thousand images of child pornography. Jaime HINOJOSA was arrested for violations of 18USC2252A(a)(2)(A).